IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOUIE SALOMÉ SANCHEZ JR.,

    Plaintiff,

vs.                                                                                   No. CV 19-00425 DHU/KBM

SAN JUAN COUNTY ADULT DETENTION
FACILITY, WARDEN HAVEL,
SAN JUAN REGIONAL MEDICAL CENTER,
NURSE KAMMY,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** is before the Court *sua sponte* under Fed. R. Civ. P. 41(b) on the Complaint for Violation of Civil Rights (Doc. 1) filed by Plaintiff Louie Salomé Sanchez Jr. The Court will dismiss the Complaint without prejudice for failure to comply with a Court order, failure to comply with local rules, and failure to prosecute.

On April 18, 2022, the Court entered a Memorandum Opinion and Order dismissing the Complaint and granting Plaintiff Salazar leave to file an amended § 1983 complaint within 30 days. (Doc. 13). The Court's Memorandum Opinion and Order stated that, if an amended complaint was not filed within 30 days, the Court could dismiss the case without further notice. (Doc. 13 at 12-13). More than 30 days has elapsed since entry of the Memorandum Opinion and Order and Plaintiff Salazar has not filed an amended complaint, has not responded to the Memorandum Opinion and Order, and has not communicated with the Court.

Pro se litigants are required to follow the federal rules of procedure and simple, nonburdensome local rules. *See Bradenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980). The

1

local rules require litigants, including prisoners, to keep the Court apprised of their proper mailing address and to maintain contact with the Court. D.N.M. LR-Civ. 83.6. Plaintiff Salazar has failed to comply with D.N.M. LR-Civ. 83.6, and with the Court's April 18, 2022 Memorandum Opinion and Order (Doc. 13).

Plaintiff Salazar has failed to comply with the Court's order and failed to prosecute this action. The Court may dismiss an action under Fed. R. Civ. P. 41(b) for failure to prosecute, to comply with the rules, or to comply with court orders. *See Olsen v. Mapes*, 333 F.3d 1199, 1204, n. 3 (10th Cir. 2003). Therefore, the Court will dismiss this civil proceeding pursuant to Rule 41(b) for failure to comply with the Court's April 18, 2022 Memorandum Opinion and Order, failure to comply with D.N.M. LR-Civ. 83.6, and failure to prosecute this proceeding.

**IT IS ORDERED** that the Complaint for Violation of Civil Rights (Doc. 1) filed by Plaintiff Louie Salomé Sanchez Jr. is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to comply with the Court's Memorandum Opinion and Order, failure to comply with the local rules, and failure to prosecute.

_____
UNITED STATES DISTRICT JUDGE